IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES O. JENKINS,** | : |
| Petitioner, | : |
| vs. | :   CIVIL ACTION 08-00356-CG-B |
| **GRANTT CULLIVER,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice due to Petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE and ORDERED** this 3rd day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE